UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CDK CONSTRUCTION CO., INC.,

    Plaintiff,

v.                                                 Case No: 6:25-cv-738-JSS-RMN

PARKWAY C&A, LP, and THE
CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS,

    Defendants.
_____/

## ORDER

Plaintiff, CDK Construction Co., Inc., and Defendant Parkway C&A, LP, move to stay and abate these proceedings pending alternative dispute resolution. (Dkt. 9.) Defendant The Church of Jesus Christ of Latter-Day Saints has not yet appeared in this action.

"[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). A stay pending alternative dispute resolution may be warranted because "participation in litigation, including discovery, can militate in favor of a finding that a party has waived" the right to alternative dispute resolution. *Harrell's LLC v. Agrium Advanced (U.S.) Techs., Inc.*, No. 8:10-cv-1499-T-33AEP, 2011 WL 1596007, at *2, 2011 U.S. Dist. LEXIS 48075, at *4–5 (M.D. Fla. Apr. 27, 2011). Additionally, permitting proceedings to go forward in a case that may be subject to alternative dispute

resolution could thwart primary purposes of alternative dispute resolution: "namely, the inexpensive and expedient resolution of disputes and the easing of court congestion." *Niven v. Dean Witter Reynolds, Inc.*, No. 84-1594, 1985 WL 5802, at *1, 1985 U.S. Dist. LEXIS 18425, at *3 (M.D. Fla. June 27, 1985).

Upon consideration, the court finds good cause to stay and abate these proceedings pending alternative dispute resolution. Accordingly, the motion (Dkt. 9) is **GRANTED**, and this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending further order of the court. CDK and Parkway shall file a status report in this case either within one week of the conclusion of their alternative dispute resolution process or by November 7, 2025, whichever is earlier.

**ORDERED** in Orlando, Florida, on May 8, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties